WILLIAM G. MILLIGAN, as Administrator of CATHERINE M. LANSING, Deceased, and JOHN LANSING, as Executor of ROBERT LANSING, Deceased, Respondents, *v.* OCTAVIUS O. COTTLE et al., Appellants.

(Argued March 15, 1897; decided March 23, 1897.)

MOTION by appellants to strike cause from the preferred calendar and place it upon the general calendar, on the ground that it is not entitled to a preference under subdivision 5 of section 791 of the Code of Civil Procedure.

*Edmund P. Cottle* for motion.

*Abraham Lansing* opposed.

Motion denied, with ten dollars costs.